QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL VILLEGAS-YBARRA, and ) <br> SOLEDAD CRUZ YBARRA,, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | NO. 1:05-cr-00137 AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING/STATUS CONFERENCE; AND ORDER THEREON <br><br> Date:  November 21, 2005 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions hearing/status conference  scheduled in the above captioned matter for October 3, 2005 may be continued to **November 21, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

2  DATED: September 29, 2005                McGREGOR W. SCOTT
                                            United States Attorney
3

4
                                            By /s/ David L. Gappa
5                                              DAVID L. GAPPA
                                               Assistant U.S. Attorney
6                                              Attorney for Plaintiff

7
   DATED:  September 29, 2005                QUIN DENVIR
8                                            Federal Defender

9

10                                          By /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
11                                             Assistant Federal Defender
                                               Attorney for Defendant
12
   DATED:  September 29,2005                 LAW OFFICES OF
13                                           DANIEL A. BACON

14

15                                          By /s/ Daniel A. Bacon
                                               DANIEL A. BACON
16                                             Attorney for Defendant
                                               SOLEDAD CRUZ YBARRA
17

18
                                    **O R D E R**
19
       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
20
   3161(h)(8)(A) and 3161(h)(B)(iv).
21

22
   IT IS SO ORDERED.
23
   **Dated:   September 30, 2005**            **/s/ Anthony W. Ishii**
24  0m8i78                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Motions Hearing/
Status Conference                    2