DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00137 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING; AND ORDER THEREON |
| v. ) | |
| MANUEL VILLEGAS-YBARRA, and SOLEDAD CRUZ YBARRA, ) | Date:  February 27, 2006 Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the status conference/motions hearing scheduled in the above captioned matter for January 30, 2006, may be continued to **February 27, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: January 25, 2006  McGREGOR W. SCOTT
United States Attorney


By /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff


DATED:  January 25, 2006  DENNIS S. WAKS
Acting Federal Defender


By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant

DATED:  January 25, 2006  LAW OFFICES OF
DANIEL A. BACON


By /s/ Daniel A. Bacon
DANIEL  A. BACON
Attorney for Defendant
SOLEDAD CRUZ YBARRA


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   January 27, 2006**          /s/ **Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE