1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL VILLEGAS-YBARRA, and<br>SOLEDAD CRUZ YBARRA,<br><br>　　　　Defendants. | NO. 1:05-cr-00137 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING; AND ORDER<br>THEREON<br><br><br>Date:　October 2, 2006<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**On August 24, 2006, the parties filed the following stipulation:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the status conference, scheduled in the above captioned matter, for August 28, 2006, may be continued to **October 2, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: August 24, 2006                          McGREGOR W. SCOTT
                                                                         United States Attorney


                                                                         By /s/ Mark Joseph McKeon
                                                                              MARK JOSEPH McKEON
                                                                              Assistant U.S. Attorney
                                                                              Attorney for Plaintiff

DATED: August 24, 2006                                  DANIEL J. BRODERICK
                                                        Federal Defender


                                               By /s/ Mark A. Lizárraga
                                                   MARK A. LIZÁRRAGA
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

DATED: August 24, 2006                                  LAW OFFICES OF
                                                        DANIEL A. BACON


                                               By /s/ Daniel A. Bacon
                                                   DANIEL A. BACON
                                                   Attorney for Defendant
                                                   SOLEDAD CRUZ YBARRA

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    August 24, 2006**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2