DANIEL J. BRODERICK,  Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00137 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| MANUEL VILLEGAS-YBARRA, and SOLEDAD CRUZ YBARRA, | Date:  November 20, 2006 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the status conference, scheduled in the above captioned matter, for October 2, 2006, may be continued to **November 20, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: September 28, 2006                McGREGOR W. SCOTT
                                         United States Attorney


                                         By /s/ Mark Joseph McKeon
                                            MARK JOSEPH McKEON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


DATED:  September 28, 2006               DANIEL J. BRODERICK
                                         Federal Defender


                                         By /s/ Mark A. Lizárraga
                                            MARK A. LIZARRAGA
                                            Assistant Federal Defender
                                            Attorney for Defendant

DATED:  September 28, , 2006             LAW OFFICES OF
                                         DANIEL A. BACON


                                         By /s/ Daniel A. Bacon
                                            DANIEL  A. BACON
                                            Attorney for Defendant
                                            SOLEDAD CRUZ YBARRA


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   September 28, 2006**                /s/ **Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2