DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL VILLEGAS-YBARRA, and<br>SOLEDAD CRUZ YBARRA,<br><br>　　　　　Defendants. | NO. 1:05-cr-00137 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING; AND ORDER<br>THEREON<br><br>Date:　February 5, 2007<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the status conference, scheduled in the above captioned matter, for December 18, 2006, may be continued to **February 5, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

2  DATED:  December  12, 2006         McGREGOR W. SCOTT
                                      United States Attorney
3

4
                                      By /s/ Mark E. Cullers for
5                                         MARK JOSEPH McKEON
                                          Assistant U.S. Attorney
6                                         Attorney for Plaintiff

7
   DATED:  December 12, 2006          DANIEL J. BRODERICK
8                                     Federal Defender

9

10                                    By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
11                                        Assistant Federal Defender
                                          Attorney for Defendant
12                                        MANUEL VILLEGAS-YBARRA

13  DATED:  December 12 , 2006         LAW OFFICES OF
                                       DANIEL A. BACON
14

15
                                       By /s/ Daniel A. Bacon
16                                         DANIEL  A. BACON
                                           Attorney for Defendant
17                                         SOLEDAD CRUZ YBARRA

18

19                                   **O R D E R**

20     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

21  3161(h)(8)(A) and 3161(h)(B)(iv).

22

23  IT IS SO ORDERED.

24  **Dated:    December 13, 2006**          /s/ Anthony W. Ishii
    0m8i78                                   UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation to Continue Status Conference Hearing        2