DANIEL J. BRODERICK,  Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. 1:05-cr-137 AWI |
|                         )       | |
|           Plaintiff,    )       | STIPULATION TO VACATE MOTIONS |
|                         )       | SCHEDULE TO BE RESET BY COURT; |
|      v.                 )       | CONTINUE STATUS CONFERENCE |
|                         )       | HEARING; AND ORDER THEREON |
| MANUEL VILLEGAS-YBARRA, and     ) | |
| SOLEDAD CRUZ YBARRA,    )       | |
|                         )       | Date:  July 9, 2007 |
|           Defendants.   )       | Time:  9:00 a.m. |
|                         )       | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions schedule previously set be vacated, to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference hearing scheduled for May 29, 2007, may be continued to **July 9, 2007 at 9:00 a.m.**

The continuance being sought is to allow new defense counsel for Manuel Villegas-Ybarra to review the entire file, and to allow additional time for defense preparation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:  May 24, 2007                    McGREGOR W. SCOTT
                                        United States Attorney


                                        By /s/ Mark E. Cullers for
                                           MARK JOSEPH McKEON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

DATED:  May 27, 2007                    DANIEL J. BRODERICK
                                        Federal Defender


                                        By /s/ Mark A. Lizárraga
                                           MARK A. LIZÁRRAGA
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MANUEL VILLEGAS-YBARRA

DATED:  May 27, 2007                    LAW OFFICES OF
                                        DANIEL A. BACON


                                        By /s/ Daniel A. Bacon
                                           DANIEL  A. BACON
                                           Attorney for Defendant
                                           SOLEDAD CRUZ YBARRA


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   May 29, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE