1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:05-cr-137 AWI
                                        )
12                    Plaintiff,        )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; AND ORDER
13           v.                         )   THEREON
                                        )
14   MANUEL VILLEGAS-YBARRA,            )
                                        )   Date:  November 19, 2007
15                    Defendant.        )   Time:  9:00 a.m.
                                        )   Judge: Hon. Anthony W. Ishii
16   _____)

17

18           **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19   counsel of record herein, that the Status Conference hearing scheduled for September 10, 2007, may be

20   continued to **November 19, 2007 at 9:00 a.m.**

21           The continuance being sought is to allow defense counsel time to complete plea negotiations.

22   Defense counsel has been unavailable, and is expected to be unavailable for the next month due to a

23   family emergency.

24           The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25   justice, including but not limited to, the need for the period of time set forth herein for effective defense

26   preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

27

28

DATED:  September 6, 2007                    McGREGOR W. SCOTT
                                             United States Attorney


                                             By /s/ Mark J. McKeon
                                                MARK JOSEPH McKEON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

DATED:  September 6, 2007                    DANIEL J. BRODERICK
                                             Federal Defender


                                             By /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MANUEL VILLEGAS-YBARRA


                            **O R D E R**


IT IS SO ORDERED.

**Dated:    September 6, 2007**              _/s/ Anthony W. Ishii_
                                             UNITED STATES DISTRICT JUDGE