DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0137 AWI |
| Plaintiff, ) | STIPULATION RE: MOTION IN LIMINE |
| v. ) | Date: March 17, 2008 |
| ) | Time: 8:30 a.m. |
| MANUEL VILLEGAS-YBARRA, ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |

At the request of defendant, Manuel Villegas-Ybarra, the parties stipulate that the hearing on any motions in limine may be reset to March 17, 2008. The date for filing such motions may be reset to February 19, 2008. The date for filing opposition to any such motions may be reset to March 10, 2008.

///
///
///
///
///
///
///
///

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  February 4, 2008                By /s/ Mark McKeon
                                          MARK MCKEON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED:  February 4, 2008                By /s/ Victor M. Chavez
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Manuel Villegas-Ybarra
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   February 6, 2008**          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2