DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-137 AWI |
| Plaintiff, | **A M E N D E D** |
| v. | STIPULATION TO CONTINUE JURY TRIAL; AND ORDER THEREON |
| MANUEL VILLEGAS-YBARRA, | |
| Defendant. | Date: September 16, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the jury trial currently set for March 25, 2008 be continued to **September 16, 2008 at 8:30 a.m.** and the trial confirmation currently scheduled for March 3, 2008 be continued to **September 8, 2008.** The existing pretrial order and schedule be vacated and that the Court issue a new pretrial order and schedule.

The reason the parties have proposed this stipulation is that the parties have been close to a resolution of the case, but have not agreed on a loss figure. The parties prefer a resolution that includes an agreement as to the loss involved in the case. The defense has identified various bank records which if obtained and reviewed could lead to a resolution of the case based on agreement as to the amount of loss. Therefore, the parties request that the trial date be moved to allow for obtaining and reviewing the records in question. The parties believe that this may facilitate resolution of the case and the defense believes that

obtaining these records is necessary to an adequate defense.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: February 26, 2008                McGREGOR W. SCOTT
                                        United States Attorney


                                        By /s/ Mark J. McKeon
                                           MARK JOSEPH McKEON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


DATED: February 26, 2008                DANIEL J. BRODERICK
                                        Federal Defender


                                        By /s/ Victor M. Chavez
                                           VICTOR M. CHAVEZ
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MANUEL VILLEGAS-YBARRA


**O R D E R**

IT IS SO ORDERED.

**Dated:   February 27, 2008**                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Jury Trial              2