```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorneys
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL VILLEGA-YBARRA,<br><br>    Defendant. | Case No: 1:05-cr-00137 AWI<br><br>STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON MOTIONS IN LIMINE; ORDER THERON |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Mark J. McKeon, Assistant United States Attorney for Plaintiff and Victor Chavez, attorney for Defendant, that, opposition brief on defendant's motion in limine, presently due on August 18, 2008, shall be continued until **September  2, 2008.**

Dated: August 15, 2008                McGREGOR W. SCOTT
                                      United States Attorney

                             By       /s/ Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant U.S. Attorney



Dated: August 15, 2008                DANIEL J. BRODERICK
                                      Federal Defender

                             By       /s/Victor Chavez
                                      VICTOR CHAVEZ
                                      Attorney for Defendant

1

**ORDER**

IT IS SO ORDERED.

**Dated:   August 18, 2008**               /s/ **Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE