LAWRENCE G. BROWN
Acting United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:05-cr-00137 AWI |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE SENTENCING |
| ) | |
| MANUEL VILLEGA-YBARRA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Mark J. McKeon, Assistant United States Attorney for Plaintiff and Victor Chavez, attorney for Defendant, that, the sentencing previously set for May 26, 2009, may be continued until **June 29, 2009**, or a date thereafter that is convenient to the court.

Dated: May 21, 2009　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　By　/s/ Mark J. McKeon
　　　　　　　　　　　　　　　　　　MARK J. McKEON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: May 21, 2009　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　By　/s/Victor Chavez
　　　　　　　　　　　　　　　　　　VICTOR CHAVEZ
　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

**ORDER**

IT IS SO ORDERED.

Dated:  May 22, 2009                    /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE