DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-137 AWI |
| Plaintiff, ) | STIPULATION EXTENDING SURRENDER DATE; ORDER |
| v. ) | |
| MANUEL VILLEGAS-YBARRA, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the surrender date of Mr. Villegas-Ybarra may be extended from November 5, 2009 to November 30, 2009 in order to permit the defendant to complete a work contract.

DATED: October 9, 2009                            LAWRENCE BROWN
                                                  Acting United States Attorney

                                                  By /s/ *Mark J. McKeon*
                                                     MARK JOSEPH McKEON
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

DATED: October 9, 2009                            DANIEL J. BRODERICK
                                                  Federal Defender

                                                  By /s/ *Victor M. Chavez*
                                                     VICTOR M. CHAVEZ
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     Manuel Villegas-Ybarra

**O R D E R**

IT IS SO ORDERED. The defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on November 30, 2009.

IT IS SO ORDERED.

**Dated:**   **October 9, 2009**                              /s/ **Anthony W. Ishii**
                                                              CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2