DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL VILLEGAS-YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-137 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION EXTENDING SURRENDER DATE; ORDER |
| v. | ) | |
| MANUEL VILLEGAS-YBARRA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the surrender date of Mr. Villegas-Ybarra may be extended from November 30, 2009 to January 7, 2010 before 2:00 p.m. in order to permit the defendant to complete a work contract.

DATED: November 24, 2009            LAWRENCE BROWN
                                    Acting United States Attorney

                                    By /s/ *Mark J. McKeon*
                                       MARK JOSEPH McKEON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

DATED: November 24, 2009            DANIEL J. BRODERICK
                                    Federal Defender

                                    By /s/ *Victor M. Chavez*
                                       VICTOR M. CHAVEZ
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Manuel Villegas-Ybarra

**O R D E R**

IT IS SO ORDERED. The defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on January 7, 2010.

IT IS SO ORDERED.

**Dated:     November 24, 2009**                    **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE