PROB 35 (ED/CA)
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 1:05CR00137-001 |
| MANUEL VILLEGAS-YBARRA ) | |
| ) | |

On August 10, 2009, the above-named was placed on Supervised Release for a period of 3 years. The probationer/supervisee has complied with the rules and regulations of Probation/Supervised Release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervisee be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Supervising United States Probation Officer**

Dated:    June 24, 2013
         Bakersfield, California
         TAB:dk

1

Rev. 12/2012
EARLY TERMINATION ~ ORDER (PROB35).WPD

PROB 35 (ED/CA)
(Rev. 5/01)

Re:     Manuel VILLEGAS-YBARRA
        Docket No.:   1:05CR00137-01
        REPORT AND ORDER TERMINATING
        PROBATION/SUPERVISED RELEASE

## ORDER OF COURT

Pursuant to the above report, it is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   June 24, 2013                              _____
                                                    SENIOR DISTRICT JUDGE

Rev. 12/2012
EARLY TERMINATION ~ ORDER (PROB35).WPD